UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------**X**   Index No.: 25-CV-1507
LUIS CHITAY and RODRIGO HERNANDEZ, on
behalf of themselves and others similarly situated,

                       Plaintiffs,
    -against-                         **ANSWER**

FIRST DACIA CORPORATION d/b/a ROMANIAN
GARDEN, and GABRIELA BANCESCU,
                         Defendants.
----------------------------------------------------------------**X**

Defendants, First Dacia Corporation d/b/a Romanian Garden and Gabriela Bancescu (hereinafter "Defendants"), by their attorneys **FRANKLIN, GRINGER & COHEN, P.C.,** as and for their answer to Plaintiffs' Complaint (the "Complaint"), allege as follows:

### INTRODUCTION

1.     The first paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

2.     The second paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

### JURISDICTION AND VENUE

3.     Defendants admit the allegations contained in Paragraph 3 of the Complaint.

4.     Defendants admit the allegations contained in Paragraph 4 of the Complaint.

### PARTIES

5.     Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 5 of the Complaint.

1

6.      Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 6 of the Complaint.

7.      Defendants admit the allegations contained in Paragraph 7 of the Complaint.

8.      Defendants admit the allegations contained in Paragraph 8 of the Complaint.

9.      Defendants admit the allegations contained in Paragraph 9 of the Complaint.

10.      Defendants admit the allegations contained in Paragraph 10 of the Complaint.

11.      Defendants admit the allegations contained in Paragraph 11 of the Complaint.

12.      Defendants deny the allegations contained in Paragraph 12 of the Complaint.

13.      Defendants deny the allegations contained in Paragraph 13 of the Complaint, except admit that Plaintiff Luis Chitay was employed by Defendants.

14.      Defendants deny the allegations contained in Paragraph 14 of the Complaint, except admit that Plaintiff Rodrigo Hernandez was employed by Defendants.

15.      Defendants admit the allegations contained in Paragraph 15 of the Complaint.

16.      Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17.      Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18.      Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19.      Defendants deny the allegations contained in Paragraph 19 of the Complaint.

### STATEMENT OF FACTS

20.      Defendants admit the allegations contained in Paragraph 20 of the Complaint.

21.      Defendants admit the allegations contained in Paragraph 21 of the Complaint.

**Plaintiff Luis Chitay**

22.      Defendants admit the allegations contained in Paragraph 22 of the Complaint.

23.      Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24.     Defendants admit the allegations contained in Paragraph 24 of the Complaint.

25.     Defendants admit the allegations contained in Paragraph 25 of the Complaint.

26.     Defendants deny the allegations contained in Paragraph 26 of the Complaint.

27.     Defendants deny the allegations contained in Paragraph 27 of the Complaint.

28.     Defendants admit the allegations contained in Paragraph 28 of the Complaint.

29.     Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30.     Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31.     Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32.     Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33.     Defendants admit the allegations contained in Paragraph 33 of the Complaint.

34.     Defendants deny the allegations contained in Paragraph 34 of the Complaint.

35.     Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36.     Defendants deny the allegations contained in Paragraph 36 of the Complaint.

**Plaintiff Rodrigo Hernandez**

37.     Defendants admit the allegations contained in Paragraph 37 of the Complaint.

38.     Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39.     Defendants admit the allegations contained in Paragraph 39 of the Complaint.

40.     Defendants admit the allegations contained in Paragraph 40 of the Complaint.

41.     Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42.     Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43.     Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44.     Defendants deny the allegations contained in Paragraph 44 of the Complaint.

45.     Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46.    Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47.    Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48.    Defendants deny the allegations contained in Paragraph 48 of the Complaint.

49.    Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50.    Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51.    Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52.    Defendants deny the allegations contained in Paragraph 52 of the Complaint.

53.    Defendants deny the allegations contained in Paragraph 53 of the Complaint.

## COLLECTIVE ACTION ALLEGATIONS

54.    The fifty-fourth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

55.    The fifty-fifth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

56.    The fifty-sixth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

57.    The fifty-seventh paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

58.     The fifty-eighth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

59.     The fifty-ninth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

60.     Defendants deny the allegations contained in Paragraph 60 of the Complaint.

61.     Defendants deny the allegations contained in Paragraph 61 of the Complaint.

## STATEMENT OF CLAIM

### COUNT I
### [Violation of the Fair Labor Standards Act]

62.     As to Paragraph 62 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 61 of the Complaint as if fully set forth herein.

63.     Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64.     Defendants admit the allegations contained in Paragraph 64 of the Complaint.

65.     Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66.     The sixty-sixth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer.

67.     Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68.     Defendants deny the allegations contained in Paragraph 68 of the Complaint.

69.     Defendants deny the allegations contained in Paragraph 69 of the Complaint.

70.     Defendants deny the allegations contained in Paragraph 70 of the Complaint.

71.     Defendants deny the allegations contained in Paragraph 71 of the Complaint.

72.     Defendants deny the allegations contained in Paragraph 72 of the Complaint.

73.     Defendants deny the allegations contained in Paragraph 73 of the Complaint.

74.     The seventy-fourth paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

## COUNT II
### [Violation of the New York Labor Law]

75.     As to Paragraph 75 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 74 of the Complaint as if fully set forth herein.

76.     Defendants admit the allegations contained in Paragraph 76 of the Complaint.

77.     Defendants deny the allegations contained in Paragraph 77 of the Complaint.

78.     Defendants deny the allegations contained in Paragraph 78 of the Complaint.

79.     Defendants deny the allegations contained in Paragraph 79 of the Complaint.

80.     Defendants deny the allegations contained in Paragraph 80 of the Complaint.

81.     Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82.     Defendants deny the allegations contained in Paragraph 82 of the Complaint.

83.     Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84.     Defendants deny the allegations contained in Paragraph 84 of the Complaint.

85.     Defendants deny the allegations contained in Paragraph 85 of the Complaint.

86.     Defendants deny the allegations contained in Paragraph 86 of the Complaint.

87.     Defendants deny the allegations contained in Paragraph 87 of the Complaint.

## COUNT III
### [Violation of New York Labor Law – Failure to Pay Timely Wages]

88.     As to Paragraph 88 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 87 of the Complaint as if fully set forth herein.

89.     Defendants deny the allegations contained in Paragraph 89 of the Complaint.

90.     Defendants deny the allegations contained in Paragraph 90 of the Complaint.

91.     Defendants deny the allegations contained in Paragraph 91 of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

92.     The Complaint fails to state any claims by Plaintiff against Defendants upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

93.     This Court lacks subject matter jurisdiction over all of Plaintiffs' claims.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

94.     Plaintiffs' claims are barred in whole or in part, by the applicable statutes of limitations and/or filing periods and/or by the doctrine of laches.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

95.     Defendants did not engage in willful conduct in violation of the NYLL and, at all times, relevant to this action, acted in good faith and based upon a reasonable belief that its acts and/or omissions were not in violation of the NYLL.  Accordingly, Plaintiff and the purported class are not entitled to recover an award for liquidated damages for willful conduct pursuant to the NYLL.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

96.     Plaintiffs and the purported class are not entitled to liquidated damages or an extended statute of limitations period because Defendants acted in good faith and had no reason to believe its actions and/or omissions willfully violated the FLSA and/or NYLL.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

97.     Plaintiffs' claims are barred, in whole or in part, by equitable defenses, including the doctrines of equitable estoppel, waiver, and/or unclean hands.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

98.     Plaintiffs' claims cannot and should not be maintained on a class basis because those claims fail to meet the necessary requirements for certification as a class action, *inter alia*, numerosity, commonality, typicality, predominance, superiority, adequacy of class counsel and similarity.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

99.     Plaintiffs are not similarly situated to the purported class.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

100.    Plaintiffs are not suitable representatives for the purported class action.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

101.    To the extent Plaintiffs or any other putative class action participants are exempt from eligibility for overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), they are not entitled to overtime compensation under the FLSA or under New York Labor Law ("NYLL") and/or applicable wage orders.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

102.    Defendants made complete and timely payment of all wages due to Plaintiffs and any alleged putative class action participant.  Accordingly, Plaintiff and any alleged Putative class action participant are not entitled to recover damages.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

103.    Defendants paid Plaintiffs and any alleged putative class members overtime wages at a rate of one and one half times the applicable minimum wage rate under the NYLL and/or applicable wage orders.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

104.    Because Plaintiffs are proceeding on a class-wide basis, Plaintiff waives the right to receive liquidated damages on behalf of himself and the alleged putative class.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

105.    Plaintiffs and the purported class are exempt from overtime pursuant to the FLSA and NYLL.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

106.    Because no discovery has been taken at this state of the case, Defendants reserve the right to file and serve additional defenses, as appropriate.

Dated:  Garden City, New York
        July 8, 2025

                         *Michael Yim*
                         Michael D. Yim, Esq.
                         **FRANKLIN, GRINGER & COHEN, P.C.**
                         *Attorneys for Defendants*
                         666 Old Country Road, Suite 202
                         Garden City, New York 11530
                         (516) 228-3131
                         (516) 228-3136 Fax
                         myim@franklingringer.com

To:     Justin Cilenti, Esq.
        Peter H. Cooper, Esq.
        **CILENTI & COOPER, PLLC**
        *Attorneys for Plaintiff*
        60 East 42nd Street, 40th Floor
        New York, New York 10165
        (212) 209-3933
        jclienti@jcpclaw.com